NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30602
15-MAR-2012
09:14 AM**

NO. 30602

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHRISTINE ALLOTT-RODGERS, Claimant-Appellant, v.
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
Employer-Appellee, Self-Insured.


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2008-194(WH) (9-07-10067 HILO) and
AB 2008-193(WH) (9-05-10095 HILO))

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on February 13, 2012 in the above case is corrected by changing the Claimant-Appellant's name to read CHRISTINE ALLOTT-RODGERS.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 15, 2012.

FOR THE COURT:

Associate Judge

---

[1] Considered by Foley, Presiding J., Fujise and Leonard, JJ.